John Robison, Respondent, *v.* Otto Huber, Appellant.

(Submitted June 14, 1887; decided June 28, 1887.)

*A Simis, Jr.*, for appellant.

*Foster L. Backus* for respondent.

Agree to affirm ; no opinion.
All concur
Judgment affirmed.

---

Josephine Myers, Respondent, *v.* George S. Riley, Appellant.

(Argued June 14, 1887; decided June 28, 1887.)

*F. L. Durand* for appellant.

*Thomas Raines* for respondent.

Agree to affirm on opinion in *Reilley* v. *Delaware and Hudson Canal Company* (102 N. Y. 383.)
All concur.
Judgment affirmed.